Diane Joy JENKINS, Plaintiff—
Appellant,

v.

THE TRUSTEES OF SANDHILLS COMMUNITY COLLEGE; State of North Carolina, Defendants—Appellees,

and

John Dempsey, Jr., individually and as an employee; Carol Ewing, individually and as an employee; James Halstead, individually and as an employee; Mary Ann Ward, individually and as an employee; Teresa Wood, individually and as an employee; George Lewis, individually and as an employee; Richard Lewis, individually and as an employee; Susanne Adams, individually and as an employee, Defendants.

No. 03–1633.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 22, 2003.

Decided Nov. 10, 2003.

Diane Joy Jenkins, pro se.

Randall Maitland Roden, Tharrington, Smith, L.L.P., Raleigh, North Carolina; Steven Price Weaver, Thggle, Duggins & Meschan, P.A., Greensboro, North Carolina; Joyce S. Rutledge, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Diane Joy Jenkins appeals the district court's order granting summary judgment in part and dismissing in part her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jenkins v. Trustees of Sandhills Comm. College,* Nos. CA-99-664-1; CA-00-166-1, 259 F.Supp.2d 432 (M.D.N.C. Apr. 25, 2003). We deny Jenkins' motion for a change of venue. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*